United States District Court
Southern District of Texas
FILED

JUN 0 1 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. **M-22-0914** |
| | § |
| RODRIGO LOPEZ | § |
| also known as "Rigo" | § |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about March 19, 2018 and continuing through on or about August 22, 2018, in the Southern District of Texas, the Defendant

**RODRIGO LOPEZ**
**also known as "Rigo"**

did corruptly give, offer, or agree to give a thing of value to any person intending to influence and reward an agent of the La Joya Independent School District ("LJISD"), a local government that received benefits in excess of $10,000 pursuant to a Federal program involving a grant, contract, subsidy, loan guarantee, and other forms of Federal assistance in 2018, in connection with any business, transaction, or series of transactions of such local government and agency involving something of value of $5,000 or more: namely, Defendant gave cash to an LJISD employee intending to influence and reward said employee for approving LJISD purchases totaling approximately $70,010.00 from Xizaka, LLC, a business entity owned by Defendant.

All in violation of Title 18, United States Code, Section 666(a)(2).

### Count Two

From on or about March 19, 2018 and continuing through on or about August 22, 2018, in the Southern District of Texas, the Defendant

**RODRIGO LOPEZ**
**also known as "Rigo"**

did knowingly and intentionally aid and abet an agent of a local government, namely an employee of the La Joya Independent School District ("LJISD"), to embezzle, steal, obtain by fraud, or otherwise without authority knowingly convert to the use of any person other than the rightful owner, and intentionally misapply, property that is valued at $5,000 or more, and is owned by, or is under the care, custody, or control of LJISD: namely, approximately $70,010.00 in LJISD funds used to pay invoices submitted by Xizaka, LLC, a business entity owned by Defendant.

All in violation of Title 18, United States Code, Sections 666(a)(2) and 2.

### NOTICE OF CRIMINAL FORFEITURE
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**RODRIGO LOPEZ**

that upon conviction for an offense in this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, is subject to forfeiture.

### Property Subject to Forfeiture

The property subject to forfeiture is approximately $45,136.76. In the event that a condition listed in Title 21, United States Code, Section 853 exists, the United States will seek

to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY