UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 7:22-CR-914 |
| RODRIGO LOPEZ | § | |

**NOTICE OF PLEA AGREEMENT**

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney for the Southern District of Texas and its Assistant United States Attorney assigned to this matter, and would respectfully show the Court that the Government and the Defendant have entered into the following plea agreement:

1.  Defendant agrees:

    a.  to plead guilty to Count Two of the Indictment;

    b.  Pursuant to 18 U.S.C. § 3663(a)(3), Defendant agrees and stipulates to restitution in the amount of $34,923.70 to the La Joya Independent School District.

    c.  In the event that Defendant has not fully satisfied the restitution to La Joya Independent School District identified in paragraph 1(b) to this Plea Agreement within 14 days of the entry of his plea of guilty, the Defendant agrees to make a complete financial disclosure by truthfully executing a sworn financial statement (Form OBD-500 or similar form) within 21 days of his plea of guilty and by authorizing the release of all financial information requested by the United States. Defendant agrees to take all steps necessary to pass clear title to forfeitable assets to the United States and to fully assist in the collection of restitution and fines, including, but not limited to surrendering title, executing warranty deeds, signing consent decrees, and signing any other documents to effectuate the transfer of any asset.

2.  The Government will recommend:

    a.  that the offense level decrease by two levels pursuant to U.S.S.G. § 3E1.1(a) if the defendant clearly demonstrates acceptance of responsibility; and

    b.  the dismissal of the remaining count of the Indictment after the Defendant has been adjudged guilty and prior to Defendant's sentencing hearing.

If the Defendant is not a citizen of the United States of America, a plea of guilty may result in removal from the United States, denial of citizenship and denial of admission to the United States in the future. If the Defendant is a naturalized United States citizen, a plea of guilty may result in denaturalization.

This document state the complete and only Plea Agreement between the United States of America and the Defendant, and is binding only on the parties to this Agreement, and it supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing and signed by all parties or on the record in Court. No other promises or inducements have been or will be made to the Defendant in connection with this case, nor have any promises or threats been made in connection with this plea.

ACKNOWLEDGMENTS:

I have read this agreement and carefully reviewed every part of it with my attorney. If I have difficulty understanding the English language, I have had a person fluent in the Spanish language interpret this agreement to me.

Date: 8-1-22

Rodrigo Lopez
Defendant

I am the Defendant's counsel. I have carefully reviewed every part of this agreement with the Defendant. I certify that this agreement has been translated to my client by a person fluent in the Spanish language if my client is unable to read or has difficulty understanding the English language.

Date: 8/11/22

Tony Torres
Counsel for Defendant

For the United States of America:

JENNIFER B. LOWERY
United States Attorney

Roberto Lopez, Jr.
Assistant United States Attorney

APPROVED BY:

Arthur R. Jones
Deputy Chief