Case 7:22-cr-00914 Document 29 Filed on 10/17/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § | CRIMINAL ACTION NO. 7:22-cr-00914 |
| | § § § | |
| RODRIGO LOPEZ. | § | |

## **ORDER**

Came on to be considered Defendant, Rodrigo Lopez' "Unopposed Motion to Continue Sentencing Hearing."[1] The Court, after duly considering said motion, finds that the same should be and is hereby **GRANTED**. Sentencing is hereby reset for **January 18, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of October 2022.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 28.