United States District Court
Southern District of Texas
**ENTERED**
January 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:22-cr-00914 |
| | § | |
| | § | |
| RODRIGO LOPEZ | § | |

# **ORDER**

Came on to be considered Defendant Rodrigo Lopez's "Unopposed Motion to Continue Sentencing Hearing."[1] The Court, after duly considering said motion, finds that the same should be and is hereby **GRANTED**. Sentencing previously set for January 14, 2025, at 9:00 a.m. is hereby reset for **May 13, 2025, at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd of January, 2025.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 64.